AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

A 2001 Jeep Grand Cherokee, Gold in color License plate M667480 (MD)

CASE NUMBER:

(Further described below)

I _____Norma Horne_____ being duly sworn depose and say:

I am a(n) __Detective with the Metropolitan Police Department__ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

2001 Jeep Grand Cherokee, Gold In Color, License plate M667480 (MD)

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
see attachment A

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
evidence of a crime, contraband, fruits of a crime, property used in the commission of a crime

concerning a violation of Title _21 U.S.C._ United States Code, Section(s) _841 & 846_. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Jack Geise
NARC 4th Floor
(202) 616-9156

Signature of Affiant
Norma Horne, Detective
Metropolitan Police Department

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer