ATTACHMENT A

(a)     Drugs, indicia of drug trafficking, including, but not limited to scales, cutting agents, cutting tools, drug paraphernalia for processing, packaging and/or distributing controlled substances.

(b)     Books, records, receipts, notes, ledgers, and other papers including any computerized or electronic records, relating to the transportation ordering, purchase and distribution of any controlled substances.

(c)     Address and/or telephone books and papers reflecting names, addresses and/or telephone numbers.

(d)     Books, records, receipts, bank statements and money drafts, letters of credit, money orders and cashier's checks, receipts, passbooks, bank checks, and any other items evidencing the obtaining, secreting, transfer, and/or concealment of assets.

(e)     Proceeds of narcotics violations including, but not limited to, United States currency.

(f)     Photographs, including photographs of co-conspirators, assets, weapons, and/or controlled substances, and other documents identifying associates and co-conspirators.

(g)     Indicia of use and/or ownership of the vehicle.

(h)     Any locked or closed containers believed to contain any of the above listed evidence, including any hidden or concealed compartments.