UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

                                        :   No. 05-0566M-01

v.                                               

                                        :   <u>UNDER SEAL</u>

2001 Jeep Cherokee         :
(MD)License Plate M667480

                                        :

FILED
OCT 31 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>MOTION AND SUPPORTING MEMORANDUM TO SEAL SEARCH AFFIDAVIT</u>

    The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to place under seal until further order of the Court the application and affidavit in support of the search warrant for 2001 Jeep Cherokee, gold in color, Maryland License Plate M667480. In support of its motion, the government states as follows:

    The application for this search warrant is part of the culmination of an investigation which has been conducted by the Federal Bureau of Investigation(FBI)into narcotics trafficking in the District of Columbia metropolitan area. It is imperative that the application and affidavit in support of this search warrant remain confidential to ensure the safety of informants whose identity could be determined from the Affidavit.

WHEREFORE, for all of the foregoing reasons, the United States requests that its motion be granted and that the application and affidavit in support of the search warrant be sealed until further order of the court.

Respectfully submitted,

Kenneth L. Wainstein,
UNITED STATES ATTORNEY

_____
John V. Geise
Assistant U.S. Attorney
555 Fourth Street, NW
Washington, DC  20001
(202) 514-8321
DC BAR 358-267
John.Geise@usdoj.gov