UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 05-0566M-01 |
| v. | : | UNDER SEAL |
| 2001 Jeep Cherokee (MD) License Plate M667480 | : | FILED OCT 31 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

ORDER

Upon motion of the United States, it is this 31st day of October, 2005, ORDERED that the application and affidavit in support of the search warrant for the above-named premises shall be sealed until further order of the Court.

_____
Magistrate Judge
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA