AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

A 2001 Jeep Grand Cherokee, Gold in Color License plate M667480 (MD)

CASE NUMBER:

TO: __Norma Horne__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Detective Norma Horne_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

2001 Jeep Grand Cherokee, Gold In Color, License plate M667480 (MD)

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

see attachment A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _Nov. 11, 2005_
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

at Washington, D.C.

Date and Time Issued

Name and Title of Judicial Officer         Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11/1/2005 | 11/1/2005 1405HRS | |

**INVENTORY MADE IN THE PRESENCE OF** SA STEPHANIE YANTA, DETS KIRSCHNER, HORNE ETC

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

CELL PHONES
MAIL MATTER - ANTOINE JONES
PERSONAL PAPERS
PHONE BOX - CINGULAR
PHOTOS
PAPERWORK
NOTEBOOK W/ MAIL MATTER

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_     11-29-05
U.S. Judge or U.S. Magistrate Judge     Date