UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No.05-0566M-01 |
| | : | |
| v. | : | |
| | : | **UNDER SEAL** |
| **A 2001 Jeep Grand Cherokee, Gold in Color License plate M667480 (MD)** | : | |

**MOTION TO UNSEAL**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to Unseal the file in the above captioned matter. The case of which this search is a part is now a matter of public knowledge and there is no confidential information contained in the affidavit in support of the search warrant.

WHEREFORE, for all of the foregoing reasons, the United States requests that its motion be granted. The United States also requests that the Clerk of the Court be directed to provide the United States with one copy of the order in this matter.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY


_____
John V. Geise
Assistant U.S. Attorney