UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**         :
                                    No. 05-566M-01
                                :
   **v.**
                                :      <u>**UNDER SEAL**</u>
**A 2001 Jeep Grand Cherokee,**
**Gold in Color License plate**        :
**M667480 (MD)**

### **O R D E R**

Upon motion of the United States, it is this _____ day of July, 2006, ORDERED that the file in the above captioned matter is unsealed. The Clerk of the Court is directed to supply a copy of this order to the Office of the United States Attorney.

                                                 _____
                                                 Magistrate Judge
                                                 UNITED STATES DISTRICT COURT
                                                 FOR THE DISTRICT OF COLUMBIA