UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :
                                         No. 05-566M-01
                               :

   v.                          :   UNDER SEAL    FILED

A 2001 Jeep Grand Cherokee,                      AUG 0 2 2006
Gold in Color License plate    :
M667480 (MD)                                 NANCY MAYER WHITTINGTON, CLERK
                                                U.S. DISTRICT COURT

O R D E R

Upon motion of the United States, it is this 2nd day of August, 2006, ORDERED that the file in the above captioned matter is unsealed. The Clerk of the Court is directed to supply a copy of this order to the Office of the United States Attorney.

_____
Magistrate Judge
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

(N)